**No. P69/101.**—Novelty Import Co., Inc. *v.* United States, protest 67/27528 (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of wire poodle dogs similar in all material respects to those the subject of *Novelty Import Co., Inc.* v. *United States* (60 Cust. Ct. 574, C.D. 3462), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 16, 1969

**No. P69/102.**—Sinclair Paint Company *v.* United States, protest 67/24817 (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiff was sustained.

**No. P69/103.**—Import Associates of America, Inc. *v.* United States, protest 63/14388(B) (San Francisco).

**No. P69/104.**—Dan Brechner Co. *v.* United States, protest 66/59333 (New York).

**No. P69/105.**—Dan Brechner & Co., Inc. *v.* United States, protest 68/15569 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein said batteries were held to be separately dutiable and that no separate value for each of said items had been returned by the appraiser, the protests were dismissed and the matter remanded to a single judge sitting in reappraisement to determine the separate value of the flashlights and batteries in the manner provided by law (28 U.S.C., section 2636(d)).